UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ROBERT EMERT.

ROBERT EMERT,

Petitioner,

v.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
CALIFORNIA, SAN DIEGO,

Respondent,

SAN DIEGO COUNTY PROBATION
DEPARTMENT,

Real Party in Interest.

No. 26-1808

D.C. No.
3:25-cv-00820-TWR-BLM
Southern District of California,
San Diego

ORDER

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**